IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-10-338-D |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case commenced on April 2, 2010, with the filing of a pleading signed by attorney Alexander Weisberg, whose law office is in Cooper City, Florida. To date, the case record does not reflect compliance by Mr. Weisberg with local rules requiring an entry of appearance and the association of nonresident attorneys with local counsel. *See* W.D. Okla. LCvR83.3, LCvR83.4.

IT IS THEREFORE ORDERED that Mr. Weisberg shall show cause for his failure to comply with the Local Civil Rules of this Court not later than June 21, 2010.

IT IS SO ORDERED this 9th day of June, 2010.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE