# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE BELL, ) | |
| ) | |
| Plaintiff, ) | Case No. CIV-10-338-D |
| ) | |
| vs. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

NOW COMES Plaintiff, MICHELLE BELL, by and through her attorneys, WEISBERG & MEYERS, LLC, and pursuant to Federal Rule of Civil Procedure 68 hereby accepts the offer of judgment presented by Defendant, MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"), in the amount of $1,500.00, plus reasonable attorneys' fees and costs properly awardable by the court, absent limitations otherwise invalidating Defendant's offer of judgment as a matter of law.

Respectfully submitted,
**MICHELLE BELL**

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

## **CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Mr. Jon Brightmire at jbrightmire@dsda.com, and Ms. Amanda Thrash at athrash@dsda.com on August 4, 2010.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com