# United States District Court
Western District Of Oklahoma

## JUDGMENT IN A CIVIL CASE

Michelle Bell

        v.                                  Case Number: CIV-10-338-D

Midland Credit Management, Inc.

☒ **Pursuant to the Notice of Acceptance of Offer of Judgment** [Doc. No. 16], the Court enters judgment in favor of plaintiff in the amount of One Thousand five hundred dollars($1,500.00), plus accrued statutory costs and reasonable attorneys fees to date.

IT IS ORDERED AND ADJUDGED this _4th_ day of August, 2010.

                                         **Robert D. Dennis, Clerk**

                                         By: _____
                                                  Deputy Clerk