**Exhibit 8**

Jon E. Brightmire
DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
320 S. Boston, Ste. 500
Tulsa, OK 74103
(918)582-1211 (Office - Main)
(918)591-5258 (Office - Direct)
(918)925-5258 (Facsimile)
jbrightmire@dsda.com

---

**From:** Alex Weisberg [mailto:aweisberg@attorneysforconsumers.com]
**Sent:** Tuesday, June 29, 2010 6:55 AM
**To:** Brightmire, Jon E.
**Cc:** Thrash, Amanda
**Subject:** RE: Bell, Michelle v. Midland Credit Management, Inc.

Counsels,

Have you had a chance to review the proposed status report? Are you ready to conduct our initial conference?

Alex Weisberg*
Weisberg & Meyers
888 595 9111 ext 211
866 577 0963 facsimile
WMLaw.AttorneysForConsumers.com

*Licensed in Florida and Illinois and the U.S. District Courts
in Colorado and the Western District of Oklahoma

General Disclaimer: The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:

The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.