**Exhibit 17**

8875 Aero Drive, Suite 200

San Diego, CA 92123

Tel. (858) 560-3504

Toll Free (800) 825-8131 ext. 5376

Fax: (858) 309-6998

tamar.yudenfreund@mcmcg.com

**From:** Marshall Meyers [mailto:mmeyers@attorneysforconsumers.com]
**Sent:** Friday, February 26, 2010 11:31 AM
**To:** Bola, Marie
**Cc:** Yudenfreund, Tamar
**Subject:** RE: Michelle Bell - Settlement Terms

This debt isn't hers, that's the point of the case. $2,900 is our counter, lets us know, thanks

Marshall Meyers*
Weisberg & Meyers
888 595 9111 ext 111
866 565 1327 facsimile
WMLaw.AttorneysForConsumers.com

*Licensed in Arizona

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**

The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Bola, Marie [mailto:Marie.Bola@MCMCG.COM]
**Sent:** Thursday, February 25, 2010 3:12 PM
**To:** Marshall Meyers
**Cc:** Yudenfreund, Tamar