**Exhibit 18**

# Paul Zelnick

| | |
|---|---|
| **From:** | Marshall Meyers |
| **Sent:** | Friday, February 26, 2010 3:04 PM |
| **To:** | 'Yudenfreund, Tamar'; Bola, Marie |
| **Cc:** | Alex Weisberg |
| **Subject:** | RE: Michelle Bell - Settlement Terms |

We'll file, in Oklahoma, thanks,

Marshall Meyers*
Weisberg & Meyers
888 595 9111 ext 111
866 565 1327 facsimile
WMLaw.AttorneysForConsumers.com

*Licensed in Arizona

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.


**Statement Required by U.S. Treasury Department:**

The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

> **From:** Yudenfreund, Tamar [mailto:Tamar.Yudenfreund@MCMCG.COM]
> **Sent:** Friday, February 26, 2010 12:42 PM
> **To:** Marshall Meyers; Bola, Marie
> **Subject:** RE: Michelle Bell - Settlement Terms
>
> $2,000 is our final offer. If your client will accept that we will forward your our standard confidential settlement agreement and release.
>
>
> Tamar Yudenfreund, Esq.
>
> Corporate Counsel, Legal Affairs & Litigation
>
> Midland Credit Management, Inc.

1