**Exhibit 19**

# Paul Zelnick

| | |
|---|---|
| **From:** | Alex Weisberg |
| **Sent:** | Wednesday, June 09, 2010 8:11 AM |
| **To:** | 'jbrightmire@dsda.com' |
| **Cc:** | 'Thrash, Amanda' |
| **Subject:** | Bell, Michelle v. Midland Credit Management, Inc. |

Counsels,

I just wanted to touch base and see if your client was interested in trying to resolve this case before the fees and cost accumulated any further. We are amenable to settling this matter (this week) for $3,800.00, inclusive of fees and costs. Settlement, however, will be conditioned upon the following:

1. This account will be closed for collections by Defendant and all collection efforts by Defendant will cease, including the removal of any negative trade-line entries reported (if applicable).

2. Where applicable, Defendant will prepare and timely file any necessary notice of settlement and/or related documents, as well as any necessary order of dismissal *following* our confirmation of receipt of appropriate settlement drafts.

3. Defendant will prepare, and forward to our office via email within seven (7) days, all proposed settlement documents. Settlement remains at all times contingent upon our client's approval of any and all terms and conditions contained in any proposed release. Hold harmless, indemnification, and foreign state choice of law provisions will not be accepted (in addition to other objectionable provisions). Neither confidentiality, nor requests for notarized papers, are contemplated in connection with the above-referenced monetary sum; either may be secured upon additional payments of $500.00 and $100.00, respectively.

4. Defendant will transmit the full settlement funds within 30 days from today's date.

5. Should our office be required to bring an action to enforce the terms of this agreement, we shall be entitled to recover reasonable attorney's fees and costs incurred.


Alex Weisberg*
Weisberg & Meyers
888 595 9111 ext 211
866 577 0963 facsimile
WMLaw.AttorneysForConsumers.com

*Licensed in Florida and Illinois and the U.S. District Courts
in Colorado and the Western District of Oklahoma


**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient,