**Exhibit 20**

# Paul Zelnick

| | |
|---|---|
| **From:** | Brightmire, Jon E. [jbrightmire@dsda.com] |
| **Sent:** | Wednesday, July 28, 2010 5:15 PM |
| **To:** | Alex Weisberg |
| **Cc:** | Thrash, Amanda |
| **Subject:** | RE: Bell, Michelle v. Midland Credit Management, Inc. [IWOV-Active.FID242102] |
| **Attachments:** | 100728 Redlined Joint Status Report and Discovery Plan.DOC |

Alex, attached is the JSR. I have added one sentence. Otherwise it looks fine for filing.

In addition, I have discussed settlement with my client. I am authorized to offer to settle this case for $2,500, with usual settlement terms, including a dismissal with prejudice of the lawsuit, a full release of claims, and a confidentiality provision. Please let me know if your client will accept this offer.

Thanks,

```
Jon E. Brightmire
DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
320 S. Boston, Ste. 500
Tulsa, OK  74103
(918)591-5258 (Office - Direct)
(918)582-1211 (Office - Main)
(918)693-9755 (Cell)
(918)925-5258 (Facsimile)
jbrightmire@dsda.com
```

**From:** Thrash, Amanda
**Sent:** Tuesday, July 27, 2010 4:14 PM
**To:** 'Alex Weisberg'
**Cc:** Brightmire, Jon E.
**Subject:** RE: Bell, Michelle v. Midland Credit Management, Inc. [IWOV-Active.FID242102]

Alex,

Apologies for the delay in reply. Jon Brightmire has been out of the office for a few days and wanted to take a look at it before we responded. He should be back in tomorrow.

Thanks,

Amanda

*Amanda L. Thrash*
*Doerner, Saunders, Daniel & Anderson, L.L.P.*
*320 South Boston Ave., Suite 500*
*Tulsa, Oklahoma 74105*

1