**Exhibit 31**

*Weisberg & Meyers, LLC*

## All Time for Selected File:

### Bell, Michelle v. Midland Credit Management, Inc.

Client ID: Bell, Michelle
Matter ID: D100010C(OK-OK)

| Date | Timekeeper | Task / Activity Code & Description | Time (hours) |
|---|---|---|---|
| Aug 9, 2010 | Alex Weisberg | review drfat of fee petition (.5);review LR's (.2); review file and revise | 1.50 |
| Aug 6, 2010 | Paul Zelnick | Meeting with Aaron Radbil to discuss fee petition (.2), reviewed examples of fee petitions (.8) research local rules (1.0), review case file (.8) began drafting fee petition (2.0). | 4.80 |
| Aug 4, 2010 | Alex Weisberg | Filed conditional acceptance of Offer of Judgment. | 0.30 |
| Aug 3, 2010 | Alex Weisberg | Additional emails with OC re fees and costs. | 0.20 |
| Aug 2, 2010 | Alex Weisberg | Reviewed file, offer history and Offer of Judgment, called and emailed client re possible settlement. | 0.20 |
| Aug 2, 2010 | Alex Weisberg | Discussed OJ and possible settlement with client, prepared email to opposing counsels accepting. | 0.30 |
| Aug 2, 2010 | Alex Weisberg | Additional emails with OC regarding fees and costs. | 0.20 |
| Jul 29, 2010 | Alex Weisberg | Cash settlement offer from Defendant - reviewed file and offer history; called client, prepared response. | 0.20 |
| Jul 29, 2010 | Jeanette Soto | Set up telephonic appearance for 8-5 initial status, set up through Court Call. | 0.30 |
| Jul 28, 2010 | Alex Weisberg | Revised and filed Joint Status Report/Case Management Plan. | 0.20 |
| Jul 23, 2010 | Alex Weisberg | Followed up with OC's for proposed revisions to status report. | 0.10 |
| Jul 16, 2010 | Alex Weisberg | Initial conference with OC, revised status report. | 0.60 |

| Date | Person | Description | Hours |
|---|---|---|---|
| Jul 12, 2010 | Alex Weisberg | Check judges rules re telephonic appearance at 8-5 status. | 0.20 |
| Jul 9, 2010 | Alex Weisberg | Arranged Rule 26 initial conference. | 0.10 |
| Jul 5, 2010 | Alex Weisberg | Received and diaried order setting scheduling conference. | 0.10 |
| Jul 2, 2010 | Alex Weisberg | Followed up again with OC's re status report and initial conference. | 0.10 |
| Jun 29, 2010 | Alex Weisberg | Followed up with OC's re initial conference and proposed status report. | 0.10 |
| Jun 25, 2010 | Alex Weisberg | Prepare appearance per local rule 83.4. | 0.30 |
| Jun 24, 2010 | Alex Weisberg | Received and reviewed order granting relief from local counsel requirement, prepared memo to file. | 0.10 |
| Jun 17, 2010 | Kimberly Larson | Prepare response to order to show cause re local counsel issue, first researched local rules and forms. | 1.20 |
| Jun 9, 2010 | Alex Weisberg | Case up to make settlement demand to defense - reviewed offer/counter history, time spent; made demand. | 0.20 |
| May 27, 2010 | Alex Weisberg | Research status report, prepared proposed report and sent to opposing counsels. | 0.70 |
| May 26, 2010 | Alex Weisberg | Review file, complaint answered, rule 16 conference need be scheduled; diary necessary follow ups | 0.10 |
| May 24, 2010 | Alex Weisberg | Followed up with OC's regarding scheduling initial conference. | 0.10 |
| May 24, 2010 | Alex Weisberg | Emails with OC's regarding scheduling initial conference. | 0.10 |
| May 18, 2010 | Alex Weisberg | Emailed OC's regarding scheduling initial conference. | 0.10 |
| May 10, 2010 | Alex Weisberg | Received Answer, compared against allegations in complaint, highlight relevant portions thereof; memo to file for Initial Disclosure and discovery, prepared memo to file. | 0.40 |

| Date | Person | Description | Hours |
|---|---|---|---|
| May 7, 2010 | Jessica DeCandia | Added both defense counsels to amicus database. | 0.10 |
| Apr 22, 2010 | Tremain Davis | Filed Affidavit of Service. | 0.20 |
| Apr 6, 2010 | Tremain Davis | Reviewed file, sent out Complaint for service. | 0.30 |
| Apr 2, 2010 | Tremain Davis | Review attorney assignment sheet; prepare draft of complaint; prepare exhibits; prepare letter to client with copy of complaint and explanation that Defendant usually refuses to engage in settlement until filed; call to corp commission to confirm/get registered agent for defendant; prepare summons prepare cover sheet; prepare for filing with exhibits and copies to be conformed; to attorney for review. | 1.50 |
| Apr 2, 2010 | Alex Weisberg | Review status of file—case has not settled, time to file; review outline of interview; review all documents and records; call client to review facts, see if any new developments (.9); review complaint as prepared by paralegal (.1); memo to file for default if not timely answered (.1). | 1.10 |
| Mar 20, 2010 | Alex Weisberg | Review status of file - Bell, Michelle v. Midland Credit Management, Inc. | 0.20 |
| Feb 26, 2010 | Marshall Meyers, non OK consulting atty | Prepared counter offer. Received new offer. Prepared counter. Received final offer, responded will file suit. | 0.30 |
| Feb 25, 2010 | Marshall Meyers, non OK consulting atty | Received settlement offer from defense. Review file, confer with client. Memo to file for counter. | 0.30 |
| Feb 12, 2010 | Marshall Meyers, non OK consulting atty | Status communication to client - apprise of current status, confirm status of evidence/facts; explain and forward most recent follow up with defense; memo to file. | 0.20 |
| Feb 11, 2010 | Joshua Trigsted, non OK consulting atty | Answered client's questions re status of case. | 0.20 |
| Jan 29, 2010 | Kim Larson | Followed up with defense, do they wish to settle pre-litigation - Review file, 30 days has passed since notice given and we have no settlement yet; follow up with defense, remind date of notice and request consideration for prelitigation analysis so formal suit can be avoided; offer additional time to analyze file; memo to client file to follow up with defense in 10 business days. | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| Jan 8, 2010 | Alex Weisberg | Open File Partner - confirm status of collector via DB/Internet, review online postings re blogs and any notable recent suits; quick review local binding law for new developments; review enter client into database with all relevant information; prepare amicus precedent to track litigation progress and status; review and revise notice letter. | 1.00 |
| Jan 8, 2010 | Jessica DeCandia | Open File Paralegal- brief meeting with attorney to discuss file; review factual summary and prepare notice letter to the defense; prepare letter to client confirming representation; prepare letter to client with guidelines and information to follow during case; review client file for documents to send to the defense, redact any privileged communications; review with partner; forward notice to defense and welcome to client. | 0.90 |
| Jan 7, 2010 | Tremain Davis | Opened new case in computer. | waived |
| Dec 23, 2009 | Jon Worthey | communication w/ pnc re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| Dec 23, 2009 | Alex Weisberg | Evidence Received - reviewed evidence gathered by client and create factual summary; review with asscoiate; memo to file to conference with PNC re evaluation. | 0.80 |
| Dec 23, 2009 | Joshua Trigsted, non OK consulting atty | Conference with client - evidence confirms actionable claim; meeting with client to discuss facts and law, goals and options; review terms of representation and confirm attorney/client agreement; enter client to Amicus DB; prepare summary of facts and violations for file; memo to open Amicus litigation file. | 0.90 |
| Nov 30, 2009 | Jon Worthey | Received email from pnc with details or potential case, reviewed database for previous inquiry, responded and sent information form to file out. | 0.20 |
| Jul 21, 2009 | Jon Worthey | 2nd follow up - left message and sent no dox email. | 0.10 |
| Jul 16, 2009 | Jessica DeCandia | 1st follow up - spoke briefly w/ pnc, says ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Jul 14, 2009 | Alex Weisberg | Received initial inquiry re FDCPA violations - review, memo to file for appropriate further action. | 0.20 |
| Jul 14, 2009 | Jessica DeCandia | Prepare initial PNC package per partner request - prepare correspondence to pnc requesting records and notes; prepare claim specific evidentiary package based on facts known to date; explain next phase is mutual evidence and investigation; state intention to re-conference upon earlier of receipt of evidence or ten business days; memo to file. | 0.20 |