# Exhibit 32

Case 5:10-cv-00338-D   Document 18-32   Filed 08/18/10   Page 1 of 3

# **WEISBERG & MEYERS, LLC - ATTORNEY PROFILES**

**Alex Weisberg**

Alex Weisberg is a founding partner of Weisberg & Meyers, LLC and the managing partner of the Firm's Florida Office.

Mr. Weisberg has been practicing consumer protection litigation exclusively since November of 2000. Mr. Weisberg has participated in hundreds of consumer arbitration hearings and has tried to jury verdict dozens of consumer protection cases in Florida, Illinois and Texas. Mr. Weisberg has also prevailed on appeal in Florida on such landmark issues as ensuring lessees of vehicles have federal breach of warranty rights throughout the State of Florida, by ensuring consumers successful in Lemon Law arbitrations still have the right to pursue other legal damages in a court of law, and by preventing automobile manufacturers from denying consumers their day in court by through adhesive arbitration agreements.

Mr. Weisberg was licensed to practice law in the State of Illinois in May 2000 and was subsequently admitted to the United States District Court, Northern District of Illinois in December 2000 and the Central District on June of 2001. Mr. Weisberg was licensed to practice law in the State of Florida in May 2002 and was subsequently licensed to practice law in the United States District Courts for the Middle and Northern Districts of Florida.

**Marshall Meyers**

Marshall Meyers is a founding partner of Weisberg & Meyers, LLC and the Firm's managing partner.

Mr. Meyers has devoted his entire professional career to the practice of consumer rights litigation and has represented thousands of consumers throughout Arizona and the nation. Mr. Meyers has successfully argued before the Arizona Supreme Court and Arizona appellate courts, as well as United States District courts throughout the nation. Mr. Meyers has also prevailed in numerous trials and arbitrations in the State of Arizona and because of this extensive experience and expertise, numerous Arizona media outlets have interviewed Mr. Meyers on consumer protection issues including Phoenix television Channel 5, Phoenix television Channel 12, and KTAR radio.

Although Mr. Meyers has spent his career seeking redress for consumers whose basic rights have been violated by "Big Business," and aggressively pursuing companies violating consumer protection laws, Mr. Meyers believes voluntary compliance with statutes enacted to protect consumers is a more positive consumer experience than compliance forced through consumer rights litigation. With that ideal in mind, Mr.

Meyers now offers "Pro Consumer" FDCPA Compliance consulting to debt collection companies demonstrating a genuine interest in complying with the Fair Debt Collection Laws the Firm enforces. However, unlike typical compliance consulting, which focuses on how best to collect without breaking fair debt laws, Mr. Meyers' consulting services advise on how best to comply with FDCPA regulations while still collecting. This consumer-concentric approach analyzes existing collection methods from a consumer debtor's perspective, thereby offering the opportunity to identify and eradicate the very practices prompting aggrieved consumers to contact consumer protection firms like Weisberg and Meyers. Interested companies may contact Mr. Meyers for more information, but should be advised applications for services will not be considered if the Firm is currently engaged in litigation against the applying company.

Mr. Meyers is licensed to practice in the State of Arizona and in various United States District Courts, including the District of Arizona, the Northern District of Florida, the Northern and Southern Districts of Illinois, the Eastern District of Wisconsin, and the Northern District of Indiana.

**Joshua R. Trigsted**

Mr. Trigsted is the managing attorney for the Oregon office of Weisberg & Meyers. He graduated from the University of Oregon school of Law and while in law school, Mr. Trigsted advanced to Nationals in the Ruby R. Vale Corporate Moot Court Competition. Mr. Trigsted is licensed to practice in the state of Oregon and the district of Oregon Federal Court.

Mr. Trigsted has extensive experience covering hearings, drafting legal briefs and consulting with clients. He worked as an associate for a solo practitioner in Aurora Oregon in 2006. In 2005 Mr. Trigsted was an extern for the honorable Trish M. Brown in Portland Oregon. He served as a summer associate for Clark & Feeney, a general practice firm in 2004.

Mr. Trigsted is committed to protecting the rights of victimized consumers.