**Exhibit 36**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

MICHELLE BELL, )
 )
      Plaintiff, ) Case No. 5:10-cv-00338-D
 )
vs. )
 )
MIDLAND CREDIT MANAGEMENT, )
INC., )
 )
      Defendant. )

# DECLARATION OF ALEX D. WEISBERG

I, **ALEX D. WEISBERG**, being first duly sworn on oath, states as follows:

1. I am a founding partner of Weisberg & Meyers, and I am one of Plaintiff's attorneys in this matter and have personal knowledge of the facts contained herein.

2. That I have reviewed Plaintiff's Itemized Time Entries included in W&M's Statement of Services.

3. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's file.

4. That each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this cause.

5. That each time entry was entered contemporaneously to the task being completed into our computer database, Amicus Attorney.

6. That all of the time spent by the attorneys and paralegals in this case was reasonable and necessary.

7. That the time entries were recorded in the ordinary course of business at Weisberg & Meyers, LLC by entering each entry into a computer database, Amicus Attorney.

8. That I have reviewed my biographical section of Plaintiff's Fee Petition and it truly and accurately reflects my background and experience.

9. That I expended a total of 9.8 hours in this matter. My contemporaneously kept records reflecting our services in this litigation are attached hereto as Exhibit 31.

10. The reasonable hourly rate for my services was $265.00 per hour in 2009 and became $295.00 per hour in 2010.

11. The lodestar calculation of attorney's fees for my time expended is (1.0 hours x $265.00 per hour) $265 and (8.8 hours x $295.00 per hour) $2,596.00 for a total of $2,861.00.

12. Costs and litigation expenses in the amount of $425.00 were incurred by my law firm in this matter, of which $425.00 is recoverable under 28 U.S.C. § 1920.

13. These requested attorney fees and costs were reasonable and necessary to litigate this matter.

14. Under penalties as provided by law pursuant, the undersigned certifies that the statements set forth in this affidavit are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies a aforesaid that he verily believes to be true.

Dated: August 18, 2010.

By: /s/ Alex D. Weisberg
ALEX D. WEISBERG