IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE BELL, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:10-cv-00338-D |
| ) | |
| vs. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | **JURY TRIAL REQUESTED** |
| Defendant. ) | |

MOTION FOR RELIEF OF RULE 83.3-C

Pursuant to LCvR 83.3(c), Plaintiff hereby moves this honorable Court for relief from LCvR 83.3 (a). In support thereof, Plaintiff states as follows:

1. Undersigned does not have association with any attorneys in the State of Oklahoma.

2. Mr. Weisberg is an active member in good standing with the State Bar of Florida and Illinois, and the Federal Courts of the Southern, and Middle Districts of Florida, Northern District of Illinois, and Western District of Oklahoma.

3. Mr. Weisberg has not been the subject of disciplinary action in the last five years by the bar courts of any jurisdiction in which he is licensed nor has he been denied admission to the courts of any state or Federal court during the last five years. He does not have any pending disciplinary sanction actions nor has he ever been subject to any disciplinary sanctions by any court or Bar Association.

4. Undersigned is familiar with the Federal Rules, the Western District of Oklahoma Local Rules as well as the Oklahoma Rules of Professional Conduct governing



conduct of members of the State Bar of Oklahoma. At all times, undersigned will abide by and comply with these rules as long as this cause of action is pending, and he has not withdrawn as counsel from the proceeding.

5. Mr. Weisberg has handled approximately thirty (30) trials and hundreds of arbitrations in the eight (8) years he has been practicing consumer litigation. It is for this reason, Plaintiff retained counsel in the above referenced matter. It is also for this reason undersigned will offer competent and diligent representation to Plaintiff in this matter.

WHEREFORE, Plaintiff respectfully requests this honorable Court grant undersigned relief from LCvR 83.3 (a) and allow representation to occur without association of local counsel.

Respectfully submitted this 17th day of June, 2010

By: s/Alex D. Weisberg
Alex D. Weisberg
WEISBERG & MEYERS, LLC
5722 South Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 facsimile
AWeisberg@AttorneysForConsumers.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 17, 2010, I electronically filed the foregoing Motion with the clerk of the U.S. District Court, Western District of Oklahoma using the electronic case filing system of the court.


By: s/Kimberly Larson
Kimberly Larson