AO 133  (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __OKLAHOMA__

Michelle Bell

V.

Midland Credit Management, Inc.

**BILL OF COSTS**

Case Number: 5:10-cv-00338-D

Judgment having been entered in the above entitled action on __August 4, 2010__ against __Defendant__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $350.00 |
| Fees for service of summons and subpoena | $75.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| 11:00 A.M. ON 10-5-2010                                   TOTAL | $425.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was electronically transmitted or mailed today with postage prepaid to: JON E. BRIGHTMIRE, BY ECF.

Signature of Attorney: /S/ ALEX D. WEISBERG

Name of Attorney: ALEX D. WEISBERG

For: PLAINTIFF MICHELLE BELL                Date: August 18, 2010
     Name of Claiming Party

Costs are taxed in the amount of $425.00 and included in the judgment.

ROBERT D. DENNIS        By: _____        10-5-2010
Clerk of Court                Deputy Clerk                Date

| NAME AND RESIDENCE | WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | $0.00 |