IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MICHELLE BELL,                              )
                                            )
            Plaintiff,                      )
                                            )
vs.                                         )   Case No. CIV-10-338-D
                                            )
MIDLAND CREDIT MANAGEMENT, INC.,            )
                                            )
            Defendants.                     )

## JUDGMENT REGARDING ATTORNEY'S FEES

Pursuant to the Order issued this date, the Court enters a judgment for Plaintiff Michelle Bell against Defendant Midland Credit Management, Inc. awarding a reasonable attorney's fee in the amount of $3,347.00.

Dated this 17th day of February, 2011.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE